AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

07-220

| | | |
|---|---|---|
| **United States District Court** | District | Delaware |
| Name Robert Dwayne Brown | Prisoner No. 231393 | Case No. 0605017922 Cr.A. IN 06-06-0054R1 |
| Place of Confinement Howard R. Young Correctional Institution P.O. Box 9561 | | |
| Name of Petitioner (include name under which convicted) Robert D. Brown | Name of Respondent (authorized person having custody of petitioner) Warden Raphael Williams | |

V.

The Attorney General of the State of: Delaware / Joseph Beau Biden III

## PETITION

1. Name and location of court which entered the judgment of conviction under attack Superior Court of the State of Delaware 500 North King Street Wilm, DE 19802

2. Date of judgment of conviction December 15, 2006

3. Length of sentence 5 years level V followed by 6 months level III

4. Nature of offense involved (all counts) Del NSICS

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☑
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   Pled guilty to Del NSICS as a combined plea of def All other counts nolle prosequi: PWITD, 300FT Park # 0602005907

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

   N/A

7. Did you testify at the trial?
   Yes ☐ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☐

FILED
APR 25 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BP Scanned
IFP

(2)

9. If you did appeal, answer the following:

   (a) Name of court _____

   (b) Result _____

   (c) Date of result and citation, if known _____ *N/A* _____

   (d) Grounds raised _____

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

      (1) Name of court _____

      (2) Result _____

      (3) Date of result and citation, if known _____

      (4) Grounds raised _____

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

      (1) Name of court \_\_\_\_\_ *N/A* _____

      (2) Result _____

      (3) Date of result and citation, if known _____

      (4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
   Yes ☒ No ☐

11. If your answer to 10 was "yes," give the following information:

   (a) (1) Name of court **Superior Court of the State of Delaware**

      (2) Nature of proceeding **Motion for post conviction Relief**

      (3) Grounds raised **Ground one (Enhanced Sentence)** ~~~~ **Ground two (Unfulfilled Plea Agreement)**

(3)

_SEE: supporting facts_

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☑

(5) Result __did not respond__

(6) Date of result __did not Respond__

(b) As to any second petition, application or motion give the same information:

(1) Name of court ____

(2) Nature of proceeding __N/A__

(3) Grounds raised __N/A__

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☑

(5) Result __N/A__

(6) Date of result ____

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.        Yes ☐   No ☑
(2) Second petition, etc.    Yes ☐   No ☑

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

I'm filing for my Response from the Post Conviction Relief form through 28 USC 2254

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241 (Rev. 5/85)

> For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.
>
> Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.
>
> (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
> (b) Conviction obtained by use of coerced confession.
> (c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
> (d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
> (e) Conviction obtained by a violation of the privilege against self-incrimination.
> (f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
> (g) Conviction obtained by a violation of the protection against double jeopardy.
> (h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
> (i) Denial of effective assistance of counsel.
> (j) Denial of right of appeal.
>
> A. Ground one: (Enhanced Sentence)
>
> Supporting FACTS (state *briefly* without citing cases or law): Defendant states that he signed an Immediate Sentence plea on 7-31-06 Also signed by Brian Ahern to the guidelines of up to 30 mos. level 5. Defendant states that by signing this plea Agreement he was not subjected to an enhanced penalty nor a minimum mandatory penalty, however on Dec. 15 2006 Honorable Charles H. Toliver IV sentence the defendant to an Enhanced sentence of (5 years level 5)---See back Page→
>
> B. Ground two: (Unfulfilled Plea Agreement)
>
> Supporting FACTS (state *briefly* without citing cases or law): Defendant states that he recieved no benefit from his plea bargain. He has recieved instead the maximum penalty for the felony originally charged in which case his sentence of (5 years level 5) followed by (6 months level 3) cannot stand. Furthermore there is no doubt effiency makes it desirable for the state to accept pleas to lesser offenses ---See Back Page→

(5)

Ground One: (Enhanced Sentence)(continued)
followed by (6 months level 3) as an habitual offender. Defendant states that in to be sentenced as an habitual offender, the state must file a petition to declare a person an habitual offender. Defendant states that he did not have a status hearing (habitual offender hearing) and should have not be subjected to an enhanced sentence. But rather to the 30 months or less which was what he took a plea to.

Ground Two: (Unfulfilled Plea Agreement) (continued)
In administering the law. Obviously, the ability of the state to do this would be materially hampered, if not ended, if prisoners understood that in so agreeing they ran the remote risk of receiving a sentence greatly in excess of maximum sentence of the crime for which they were originally charged. Therefore this sentence must be reversed, and or modified.

C. Ground three: _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

D. Ground four _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

SAME GROUNDS ARGUED

_____

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☑ No ☐

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing  unknown

(b) At arraignment and plea  unknown

(6)

(c) At trial ___none___

(d) At sentencing ___Timothy J. Weiler / 900 North King Street, 2nd Floor Wilmington, Delaware 19801___

(e) On appeal ___none___

(f) In any post-conviction proceeding ___none___

(g) On appeal from any adverse ruling in a post-conviction proceeding ___none___

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    Yes ☒   No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐   No ☒
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence: ___N/A___

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐   No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_____
(date)

_____
Signature of Petitioner

(7)



\* L E G A L M A I L \*

U.S. District Court
Lockbox 18
Boggs Federal Building
844 King Street
Wilmington, DE 19801

INMATE
LEGAL MAIL

# SUPERIOR COURT
## OF THE
## STATE OF DELAWARE

**SHARON D. AGNEW**
PROTHONOTARY, NEW CASTLE COUNTY

NEW CASTLE COUNTY COURT HOUSE
500 N. KING STREET
LOWER LEVEL 1, SUITE 500
WILMINGTON, DE 19801-3746
(302) 255-0800

JUDGMENT DEPARTMENT
500 N. KING STREET
1ST FLOOR, SUITE 1500
WILMINGTON, DE 19801-3704
(302) 255-0556

TO: Brian Ahern
Department of Justice

FROM: Angela M. Hairston, Criminal Deputy

DATE: February 26, 2007

RE: State of Delaware vs Robert D. Brown
Case I.D.# 0605017922
Cr.A. IN06-06-0054R1

---

The enclosed motion for postconviction relief was filed by the defendant in the above captioned case on February 22, 2007. The State is not required to file a response unless ordered, pursuant to Super.Ct.Crim.R 61(c)(4) and 61 (f)(1).

Thank you very much.

(Exhibit (A))

(Exhibit (B))

# IMMEDIATE SENTENCING FORM*

State v. __Robert Brown__   Cr.A.# _____   Def.ID (Case#) __0606017922__

## TO BE COMPLETED BY THE DEPUTY ATTORNEY GENERAL

Records of the Attorney General's Office in New Castle County indicate the following convictions since 1976:

__5__   Number of prior felonies (Specify crime and year of conviction)
Poss. Firearm by Person Prohibited - 2003
Poss. 300' of Park - 2000
Poss. 300' of Park - 1997
Poss. 1000' of School - 1994
Burglary 2nd - 1994   RDD NCCO - 1993

__0__   Number of prior non-violent felonies (Specify crime and year of conviction)

__8__   Number of prior misdemeanors (Specify crime and year of conviction)
Resist/Hinder Police - 2004       DUI - FOP - 1999
OT - 2003, 1995                    Cryst Arrest - 1997, 1995
Poss. Drug Paraphernalia - 2003    Unauth Use - 1993 (Juv)
Poss. Narcotic - 1999              Consp 3rd - 1993 (Juv)
                                   Poss. Narc - 1993 (Juv)

YES/ **UNKNOWN**   Was this crime committed while defendant was on
(Circle one)       release or pending trial/sentencing?

**YES**/NO         Will this plea result in an enhanced penalty and/or a minimum
(Circle one)       mandatory penalty?

YES/**NO**         Is a First Offender Program being requested?
(Circle one)       _____ DUI   _____ Drug   _____ Bad Check

__B. Ahern__        __[signature]__                     __2/31/06__
(print)             (sign)                               Date
Deputy Attorney General

*This form is required for immediate sentencing.

(Exhibit (C))

```
                SUPERIOR COURT CRIMINAL DOCKET                Page    2
                      ( as of  04/04/2007 )

State of Delaware v.  ROBERT D BROWN                    DOB: 04/14/1975
State's Atty: BRIAN D AHERN , Esq.        AKA: ROBERT BROWN
Defense Atty:                                  JACHIN BROWN

         Event
No.      Date            Event                           Judge
------------------------------------------------------------------------
7        09/14/2006
           DEFENDANT'S LETTER FILED.
           TO: TIMOTHY WEILER
           RE: INEFFECTIVE REPRESENTATION
9        09/20/2006
           SUBPOENA(S) ISSUED._SHERIFF (4)
8        09/25/2006                              TOLIVER CHARLES H. IV
           TRIAL CALENDER/PLEA HEARING:  PLED GUILTY/PSI ORDERED. SENTENCINGDATE
           SET FOR    TH DAY OF , ,
         09/25/2006
           SENTENCE:12/15/06
10       10/11/2006
           DEFENDANT'S LETTER FILED.
           TO: TIMOTHY WEILER
           RE: BAIL REDUCTION
[12      12/14/2006
           MOTION TO DECLARE DEFENDANT AN HABITUAL OFFENDER FILED.
           BY BRIAN AHERN,DAG]
         12/15/2006                              TOLIVER CHARLES H. IV
           SENTENCING CALENDAR: DEFENDANT SENTENCED.
11       12/15/2006                              TOLIVER CHARLES H. IV
           DEFENDANT'S NOTICE OF REVOCATION OF PRIVILEGE TO DRIVE.
           3 YRS.
           MAILED TO DMV 1/24/07
14       12/15/2006                              TOLIVER CHARLES H. IV
           SENTENCE: ASOP ORDER SIGNED & FILED 1/4/07.
[13      12/18/2006                              TOLIVER CHARLES H. IV
           MOTION TO DECLARE DEFENDANT AN HABITUAL OFFENDER GRANTED.
           IT HAS BEEN DEMONSTRATED TO THE SATISFACTION OF THE COURT THAT ROBERT
           BROWN FALLS WITHIN THE PROVISION OF DEL.CODE ANN.,TIT.11 $ 4214 (A);
           IT IS HEREBY ORDERED THAT ROBERT BROWN HEREBY IS DECLARED TO BE A
           HABITUAL CRIMINAL OFFENDER UNDER THE LAWS OF THE STATE OF DELAWARE,AND
           IT IS FURTHER ORDERED THAT ROBERT BROWN SHALL BE SENTENCED PURSUANT TO
           DEL.CODE ANN.,TIT.11 $ 4214(A) FOR THE OFFENSE OF DELIVERY OF COCAINE
           (IN06-06-0054). SO ORDERED.  CHT]
15       01/11/2007
           PETITION FOR A WRIT OF HABEAS CORPUS FILED (PRO SE)
           REFERRED TO JUDGE TOLIVER
           DATE REFERRED: 01/16/2007
           CIVIL CASE NO: 07M-01-048 CHT
16       01/23/2007                              TOLIVER CHARLES H. IV
           ORDER: WRIT OF HABEAS CORPUS PETITION 07M-01-048 CHT: DENIED
```