IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT DWAYNE BROWN, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )   Civ. A. No. 07-220-SLR |
| | ) |
| RAPHAEL WILLIAMS, Warden, and | ) |
| JOSEPH R. BIDEN, III, Attorney | ) |
| General of the State of | ) |
| Delaware, | ) |
| | ) |
|     Respondents. | ) |

## O R D E R

At Wilmington this 4th day of May, 2007;

IT IS ORDERED that:

1. Petitioner Robert Dwayne Brown's Motion for Leave to Proceed In Forma Pauperis is GRANTED. (D.I. 1)

2. Petitioner Robert Dwayne Brown's Application For A Writ Of Habeas Corpus Filed Pursuant To 28 U.S.C. § 2254 is DISMISSED WITHOUT PREJUDICE for failure to exhaust state remedies. (D.I. 2) A district court judge may summarily dismiss a habeas petition "if it plainly appears from the face of the petition and any exhibits annexed to it that the petitioner is not entitled to relief." Rule 4, 28 U.S.C. foll. § 2254. A petitioner is not entitled to federal habeas relief unless he has exhausted state remedies for his habeas claims. 28 U.S.C. § 2254(b)(1)(A). In his Application and attached exhibits, Petitioner indicates that his motion for post-conviction relief pursuant to Delaware

Superior Court Rule 61 is still pending before the Delaware Superior Court. Accordingly, it plainly appears that Petitioner is not entitled to federal habeas relief because he has not yet exhausted state remedies.[1]

3. The Court declines to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2); United States v. Eyer, 113 F.3d 470 (3d Cir. 1997); 3rd Cir. Local Appellate Rule 22.2 (2000).

4. The Clerk of the Court is directed close the case and to mail a copy of this Order to Petitioner.

                                                  /s/ *signature*
                                     UNITED STATES DISTRICT JUDGE

---

[1] Petitions filed pursuant to 28 U.S.C. § 2254 must be filed within a one-year limitations period. Acting pro se, Petitioner is responsible for determining the events that trigger and toll the limitations period, as well as the time remaining in the limitations period once it starts again after such tolling.